LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

NO. 28839

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JEAN R. KIKUMOTO CLERK, APPELLATE COURTS STATE OF HAWAI'I

2010 MAY 18 AM 9:39

FILED

REDEMPTION BIBLE COLLEGE, Plaintiff-Appellant

and

HIS HIGHEST PRAISE PENTECOSTAL HOLINESS CHURCHES, INC.,
a dissolved Hawai'i non-profit corporation;
and PHILLIP ELLSWORTH, PAMELA YUEN and
CHRISTOPHER YUEN, in their capacity as Trustees,
Plaintiffs-Appellees,

vs.

THE INTERNATIONAL PENTECOSTAL HOLINESS CHURCH,
an Oklahoma Corporation; and RONALD W. CARPENTER, SR.,
Defendants-Appellees,

and

JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10; DOE LIMITED LIABILITY PARTNERSHIPS 1-10;
DOE LIMITED LIABILITY COMPANIES; and
DOE UNICORPORATED ENTITIES 1-10,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-0825)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on April 28, 2010, is hereby corrected as follows:

1.    The name/word "Shepard" is misspelled and should be corrected to read "Shepherd" in the following places:

a.    Page 3, in line 2 of footnote 2.

b.    Page 4, in line 24 from the top of the page.

c.    Page 4, in line 27 from the top of the page.

---

[1] Nakamura, Chief Judge, Foley, and Fujise, JJ.

    d.     Page 5, in line 2 from the top of the page.

    e.     Page 5, in line 16 from the top of the page.

    f.     Page 5, in line 21 from the top of the page.

    g.     Page 7, line 6 from the top of the page (2 instances in that line).

2.    On page 7, at the end of line 5 and the beginning of line 6 from the top of the page, the text "the Good Shepard Church" should be replaced with "The Good Shepherd Pentecostal Holiness Church" so that as corrected, the text reads as follows: ". . . Adrian Yuen became the Senior Pastor of The Good Shepherd Pentecostal Holiness Church." (Note that the misspelling of "Shepard" is also corrected to read "Shepherd" pursuant to the above paragraph 1.g.).

The clerk of the court is directed to incorporate the foregoing changes in the original opinion and take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, May 18, 2010.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge